**PHILLIPS & ASSOCIATES**
*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2020

March 12, 2020

*Via ECF*
United States District Judge
Southern District of New York
Hon. Allison J. Nathan
40 Foley Square
New York, NY 10007

      RE:    Raven Diaz v. Marriott International, Inc., 19 Civ. 3865 (AJN)

Your Honor:

    This office represents Plaintiff Raven Diaz in the above referenced matter. The undersigned writes to advise the Court that Plaintiff and her now former counsel Phillips and Associates, PLLC have ended their attorney-client relationship. In that regard, Plaintiff has executed a substitution of counsel form annexed hereto which the undersigned has also endorsed. Plaintiff requests that the Court stay all deadlines 90 days for Plaintiff to determine whether to hire a new attorney, proceed *pro se*, or determine what other options may be available to her.

    We also write seeking the Court's guidance regarding how to proceed. The Committee Note accompanying Local Civil Rule 1.4 "Withdrawal or Displacement of Attorney of Record" allows a substitution of counsel by way of stipulation in lieu of an Affidavit to withdraw as counsel when it has been signed by Plaintiff, Plaintiff's (former) counsel, all other parties, and which has been so ordered by the Court. The undersigned is amenable to a telephonic conference to finalize withdrawing as counsel for Plaintiff Raven Diaz.

SO ORDERED.    3/17/20

*/s/ Alison J. Nathan*
Alison J. Nathan, U.S.D.J.

**PHILLIPS & ASSOCIATES,**
**ATTORNEYS AT LAW, PLLC**

By: /s/ Joshua M. Friedman_____
      Joshua M. Friedman, Esq.

Cc (by ECF):  Jeffrey Douglas, Esq.
               Defense Counsel

Plaintiff's request is hereby GRANTED. All deadlines in this matter are hereby stayed for 90 days. The parties should submit a joint status update 90 days from the date of this Order. The Court advises Plaintiff that a stipulation for substitution of counsel may only be used as a means of withdrawal if Plaintiff does in fact obtain new counsel. If Plaintiff does not do so, then counsel may seek to withdraw using the protocol described in Local Civil Rule 1.4. Plaintiff's counsel must provide a copy of this Order to Plaintiff. SO ORDERED.