```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Raven Diaz,

                Plaintiff,

    –v–

Marriott International, Inc.,

                Defendant.

19-cv-3865 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    In light of the 90-day stay entered in this case, the case management conference currently scheduled for May 1, 2020 is hereby adjourned *sine die*.

    SO ORDERED.

Dated: April 21, 2020
       New York, New York

                                          _____
                                             ALISON J. NATHAN
                                         United States District Judge