USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Raven Diaz,

Plaintiff,

–v–

Marriott International, Inc.,

Defendant.

19-cv-3865 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Plaintiff's counsel has moved to withdraw. Under Local Civil Rule 1.4, an attorney who seeks to withdraw must make a "showing by affidavit or otherwise of satisfactory reasons for withdrawal." In support of his application, Plaintiff's counsel has attached an affidavit that fails to set forth facts in support as to why he and his firm want to withdraw. Instead, the affidavit essentially restates the relevant New York Rule of Professional Conduct, asserting that he has a "fundamental disagreement" with Plaintiff and that "Plaintiff has failed, and continues to fail to cooperate in the representation." Dkt. No. 36, ¶ 4. A motion to withdraw should not reveal more confidential attorney-client information than is reasonably necessary to support the motion. But as Judge Sullivan has observed "'mere conclusory' allegations are insufficient grounds for granting withdrawal." *Pereyra v. Fancy 57 Cleaners, Inc.*, No. 11-cv-1522, 2012 U.S. Dist. LEXIS 193604, at *6 (S.D.N.Y. Oct. 25, 2012). Plaintiff's counsel must provide more information in order to support his motion to withdraw. To the extent confidential attorney-client information is involved, Plaintiff's counsel may file materials in support of that application under seal or *in camera*, in accordance with this Court's Individual Rules and Practices. *See Team Obsolete, Ltd. v. A.H.R.M.A. Ltd.*, 464 F. Supp. 2d 164, 164 (E.D.N.Y. 2006).

The Court therefore denies the motion to withdraw without prejudice.

This resolves Dkt. No. 34.

SO ORDERED.

Dated: June 15, 2020
New York, New York

ALISON J. NATHAN
United States District Judge