```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAVEN DIAZ,                                       :

                        Plaintiff,                :

         - against -                              :            ORDER

MARRIOTT INTERNATIONAL, INC.,                     :       19-CV-3865 (AJN)(KNF)

                        Defendant.                :
------------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic status conference will be held with the parties on September 10, 2020, at 11:30 a.m.

The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532. Please be

advised that a court reporter will attend the conference via telephone.

Dated:  New York, New York                    SO ORDERED:

        September 2, 2020

                                                                      _/s/ Kevin Nathaniel Fox_
                                                                       KEVIN NATHANIEL FOX
                                                                       UNITED STATES MAGISTRATE JUDGE

**INITIAL CONFERENCE QUESTIONNAIRE**

1. If not yet made, date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a) or, where applicable, Local Civil Rule 33.2 of this court.: _____

2. Number of depositions by plaintiff(s) of:   parties \_\_\_\_\_   non-parties \_\_\_\_\_

3. Number of depositions by defendant(s) of:   parties \_\_\_\_\_   non-parties \_\_\_\_\_

4. Number of depositions which the parties expect may last longer than the seven hour limit under Fed. R. Civ. P. 30(d)(2): party \_\_\_\_\_   non-party \_\_\_\_\_

5. Number of expert witnesses of plaintiff(s): \_\_\_\_\_ medical \_\_\_\_\_ non-medical
   Date for expert report(s): _____

6. Number of expert witnesses of defendant(s): \_\_\_\_\_ medical \_\_\_\_\_ non-medical
   Date for expert report(s): _____

7. Maximum number of requests for admission by: plaintiff(s) _____ and defendant(s) _____

   (Note: requests must be served at least 30 days before the discovery deadline)

8. Date for completion of all discovery: _____

   **N.B.  All discovery is to be initiated so as to be completed on or before the date the parties insert at paragraph 8.**

9. Date by which plaintiff(s) will supply his or her pretrial order materials to defendant(s): _____

10. Date by which the parties will submit a pretrial order with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial: _____

11. Is there any limitation to be placed on discovery, including any protective or confidentiality order(s)? ____ If yes, please provide a short statement of the limitation(s) needed.

12. Is there any discovery issue(s) on which the parties, after a good faith effort, were unable to reach agreement? ____ If yes, please provide a short statement of the issue(s).

Date:                                                              Date:


_____                    _____

Signature of *Pro Se* Plaintiff or          Signature of Counsel to Defendant(s)

Counsel to Plaintiff(s)