UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAVEN DIAZ,                                             :

                Plaintiff,            :

          - against -                                  :               ORDER

MARRIOTT INTERNATIONAL, INC.,            :               19-CV-3865 (AJN)(KNF)

               Defendant.            :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic status conference was held with counsel to the defendant and plaintiff pro se on September 10, 2020. As a result of the discussion had during the conference, it is HEREBY ORDERED that all discovery, of whatever nature, be initiated so as to be completed on or before November 10, 2020.

Dated:  New York, New York                         SO ORDERED:
         September 10, 2020

                                                                _Kevin Nathaniel Fox_____
                                                               KEVIN NATHANIEL FOX
                                                                UNITED STATES MAGISTRATE JUDGE

**INITIAL CONFERENCE QUESTIONNAIRE**

1. If not yet made, date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a) or, where applicable, Local Civil Rule 33.2 of this court.: _____

2. Number of depositions by plaintiff(s) of:     parties _____     non-parties _____

3. Number of depositions by defendant(s) of:     parties _____     non-parties _____

4. Number of depositions which the parties expect may last longer than the seven hour limit under Fed. R. Civ. P. 30(d)(2): party _____     non-party _____

5. Number of expert witnesses of plaintiff(s): _____ medical _____ non-medical
   Date for expert report(s): _____

6. Number of expert witnesses of defendant(s): _____ medical _____ non-medical
   Date for expert report(s): _____

7. Maximum number of requests for admission by: plaintiff(s) _____ and defendant(s) _____
   (Note: requests must be served at least 30 days before the discovery deadline)

8. Date for completion of all discovery: _____
   **N.B. All discovery is to be initiated so as to be completed on or before the date the parties insert at paragraph 8.**

9. Date by which plaintiff(s) will supply his or her pretrial order materials to defendant(s): _____

10. Date by which the parties will submit a pretrial order with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial: _____

11. Is there any limitation to be placed on discovery, including any protective or confidentiality order(s)? _____ If yes, please provide a short statement of the limitation(s) needed.

12. Is there any discovery issue(s) on which the parties, after a good faith effort, were unable to reach agreement? _____ If yes, please provide a short statement of the issue(s).

Date:                                                                    Date:

_____                      _____
Signature of *Pro Se* Plaintiff or                              Signature of Counsel to Defendant(s)
Counsel to Plaintiff(s)