UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Raven Diaz,

            Plaintiff,

—v—

Marriott International, Inc.,

            Defendant.

19-cv-3865 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Marriott has moved to strike several exhibits to Ms. Diaz's pro se opposition to Marriott's motion for summary judgment because Ms. Diaz did not produce those documents in discovery. Dkt. Nos. 68, 72. In opposition to that motion, Ms. Diaz claims that Marriott also relied on several documents that it either did not produce in discovery or were not provided to Ms. Diaz by her former counsel. Dkt. No. 71.

    In light of the strong federal policy in favor of resolving cases on the merits, the Court will administratively deny the pending motions and reopen discovery for one month to allow the parties to ensure that both sides are in possession of all pertinent evidence in this case. Following the close of discovery, Marriott may renew its motion for summary judgment.

    The Court thus administratively DENIES Marriott's motion for summary judgment (Dkt. No. 53) without prejudice. The Court DENIES as moot Marriott's motion to strike (Dkt. No. 72).

    The Court further ORDERS that fact discovery in this case is reopened until June 4, 2021. Judge Fox will oversee discovery during this period pursuant to the Court's amended order of reference for general pretrial (Dkt. No. 44). The parties shall confer and, if they have

any disputes regarding discovery, they shall promptly raise those disputes with Judge Fox.

This resolves docket numbers 53 and 72.

SO ORDERED.

Dated: May 5, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge