UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
RAVEN DIAZ,                                                :

                Plaintiff,                    :

          - against -                         :                    ORDER

MARRIOTT INTERNATIONAL, INC.,              :                    19-CV-3865 (AJN)(KNF)

              Defendant.                 :
-----------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone status conference shall be held in the above-

captioned action on May 19, 2021, at 3:00 p.m.  All parties are directed to call (888) 557-8511

and, thereafter, enter access code 4862532.

Dated: New York, New York                         SO ORDERED:
       May 6, 2021

                                  _Kevin Nathaniel Fox_____
                                  KEVIN NATHANIEL FOX
                                  UNITED STATES MAGISTRATE JUDGE

**INITIAL CONFERENCE QUESTIONNAIRE**

1.

I
f
n
o
t
y
e
t
m
a
d
e
,
d
a
t
e

for completion of automatic disclosures required by Fed

3

.R.Civ.P. 26(a) or, where applicable, Local Civil Rule 3

3.2 of this court.:

_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_

2.

Number of depos

itions by plaintiff(s) of: parties _____ non-parties __

3.

Number of depositions by defendant(s) of: partie

4.

s
_
_
_
_
non-parties
_
_
_
_
_

Number of depositions whic

h
t
h
e
p
a
r
t
i
e
s
e
x
p
e
c
t
m
a
y
l
a
s
t
l
o
n
g
e
r
t
h
a
n
t
h
e
s
e
v
e
n
h
o
u
r
l
i

mit under Fed. R. Civ. P. 30(d)(2): party _ _ _ _ _ non-party

\_
\_
\_
\_
\_

5.

Number of expert witnesses of plaintiff(s):
\_
\_

_ _ _ medical

_ _ _ _ non-medical

Date for expert report(s): _____

6.

Number of expert witn

esses of defendant(s): _ _ _ _ _ medical

_ _ _ _ _ non-medical

Date for expert report(s): _____

7.

Maximum number of requests for admission by: plainti

ff(s) _____ and defendant(s) _____ (Note: requests mus

tbeserved at least 30 days before the discovery deadline

8.

)

Date for completion of all discovery: _____

–
–
–
–
–

**N.B.  All discovery is to be initiated so as to be completed on or before the date the parties insert at paragraph**

**8.**

9.

Date by which plaintiff(s) will supply his o

r
h
e
r
p
r
e
t
r
i
a
l
o
r
d
e
r
m
a
t
e
r
i
a
l
s
t
o
d
e
f
e
n
d
a
n
t
(
s
)
:

_____

10.

D
a
t

e
b
y
w
h
i
c
h
t
h
e
p
a
r
t
i
e
s
w
i
l
l
s
u
b
m
i
t
a
p
r
e
t
r
i
a
l
o
r
d
e
r
w
i
t
h
t
r

ial briefs and either

(1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and

proposed jury instructions, for

a jury trial: _____

11. Is there any limitati

on to be placed on discovery, including any protective or

23

confidentiality order(s)? _ _ _ _

If yes, please provide

a short statement of the limitation(s) needed.

12. Is there e

any discovery issue(s) on which the parties, after a good

faith effort, were unable to reach agreement?

————

If ye

s, please provide a short statement of the issue(s).

Date:

D

28

ate
:

_____

_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_

Signature of *Pro Se* Plaintiff or

S
i
g
n
a
t
u
r

eofCounseltoDefendant(s)

Counsel to Plaintiff(s)