UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
RAVEN DIAZ,                                                  :

                Plaintiff,              :

        - against -                                    :                        ORDER

MARRIOTT INTERNATIONAL, INC.,                :                19-CV-3865 (AJN)(KNF)

              Defendant.            :
-----------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The telephone status conference scheduled for May 19, 2021, at 3:00 p.m., is hereby

rescheduled to 3:30 p.m. on the same date.  All parties are directed to call (888) 557-8511 and,

thereafter, enter access code 4862532.

Dated: New York, New York         SO ORDERED:
      May 12, 2021

                             _Kevin Nathaniel Fox_
                             KEVIN NATHANIEL FOX
                             UNITED STATES MAGISTRATE JUDGE

**INITIAL CONFERENCE QUESTIONNAIRE**

1.

I
f
n
o
t
y
e
t
m
a
d
e
,
d
a
t
e
f
o
r
c
o
m

pletion of automatic disclosures required by Fed. R. Civ

3

. P. 26(a) or, where applicable, Local Civil Rule 33.2 of t

his court. : ———————————————

2.

Number of depositions

by plaintiff(s) of: parties _____ non-parties _____

3.

Number of depositions by defendant(s) of: parties

_____
_____
_____
_____
_____

non-parties _ _ _ _ _

4.

Number of depositions which the pa

r
t
i
e
s
e
x
p
e
c
t
m
a
y
l
a
s
t
l
o
n
g
e
r
t
h
a
n
t
h
e
s
e
v
e
n
h
o
u
r
l
i
m
i
t
u
n
d

er Fed. R. Civ. P. 30(d)(2): party_____ non-party_____

10

5.

Number of expert witnesses of plaintiff(s): _ _ _ _ _ med ed

ical — — — non-medical

Date for expert report(s): _____

6.

Number of expert witnesses o

of defendant(s): ____ medical ____ non-medical

Date for expert report(s): _____

7.

Max

imum number of requests for admission by: plaintiff(s) _

\_\_\_\_ and defendant(s) \_\_\_\_\_

(Note: requests must be ser

15

ved at least 30 days before the discovery deadline)

8.

Dat

e for completion of all discovery:

—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—

**N.B. All discovery is to be initiated so as to be completed on or before the date the parties insert at paragraph 8.**

9.

Date by which plaintiff(s) will supply his or her pr

etrial order materials to defendant(s):

_____

10.

Date by whi

c the parties will submit a pretrial order with trial bri

e
f
s
a
n
d
e
i
t
h
e
r

(1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and

p
r
o
p
o
s
e
d
j
u
r
y
i
n
s
t
r
u
c
t
i
o
n
s
,
f
o
r
a
j
u
r
y
t

rial: _____

11. Is there any limitation to be

placed on discovery, including any protective or confid

entiality order(s)?

————

If yes, please provide a short

statement of the limitation(s) needed.

12. Is there any dis

covery issue(s) on which the parties, after a good faith e

ffort, were unable to reach agreement? ———— If yes, plea

se provide a short statement of the issue(s).

Date:

Date:

_____

Signature of *Pro Se* Plaintiff or

Signature of Cou

nsel to Defendant(s)

Counsel to Plaintiff(s)