UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RAVEN DIAZ,                                       :

                Plaintiff,              :

       - against -                              :                    ORDER

MARRIOTT INTERNATIONAL, INC.,           :                    19-CV-3865 (AJN)(KNF)

              Defendant.             :
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned

action on December 14, 2021, at 3:00 p.m.  All parties are directed to call (888) 557-8511 and,

thereafter, enter access code 4862532.

Dated: New York, New York                          SO ORDERED:
       December 13, 2021

                                                    Kevin Nathaniel Fox
                                          KEVIN NATHANIEL FOX
                                          UNITED STATES MAGISTRATE JUDGE

**INITIAL CONFERENCE QUESTIONNAIRE**

1.                                                                          I
                                                                           f
                                                                           n
                                                                           o
                                                                           t
                                                                           y
                                                                           e
                                                                           t
                                                                           m
                                                                           a
                                                                           d
                                                                           e
                                                                           ,
                                                                           d
                                                                           a
                                                                           t

eforcompletionofautomaticdisclosuresrequiredbyFe

d. R. Civ. P. 26(a) or, where applicable, Local Civil Rule

33.2 of this court. : : — — — — — — — — — — — — — —

2.

Number of depo

sitionsbyplaintiff(s)of:parties___—non-parties—

_
_
_
_

3.

Number of depositions by defendant(s) of: parti

es — — — — non-parties — — — —

4.

Number of depositions whi

c
h
t
h
e
p
a
r
t
i
e
s
e
x
p
e
c
t
m
a
y
l
a
s
t
l
o
n
g
e
r
t
h
a
n
t
h
e
s
e
v
e
n
h
o
u
r
l

imit under Fed. R. Civ. P. 30(d)(2): party____non-part

y
___
___
___
___
___

5.

Number of expert witnesses of plaintiff(s): ___

_____ medical

_____ non-medical

Date for expert report(s): _____

6.

Number of expert wit

nesses of defendant(s):

_ _ _ _ medical

_ _ _ _ non-medica

l

Date for expert report(s): _____

7.

Maximum number of requests for admission by: plaint

iff(s) _ _ _ _ and defendant(s) _ _ _ _ (Note: requests mu

stbeservedatleast30daysbeforethediscoverydeadlin

e
)

8.

Date for completion of all discovery:

_
_
_
_
_
_
_
_
_
_
_

_
_
_
_
_
_

**N.B.  All discovery is to be initiated so as to be completed on or before the date the parties insert at paragraph**

**8.**

9.

Date by which plaintiff(s) will supply his

or her pretrial order materials to defendant(s):

_____

10.

Da

te by which the parties will submit a pretrial order with t

rial briefs and either

(1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and

proposed jury instructions, fo

r a jury trial:

___
___
___
___
___
___
___
___
___
___
___
___
___
___
___
___
___
___
___

11.

Is there any limitat

ion to be placed on discovery, including any protective o

r confidentiality order(s)? ___ If yes, please provid

e a short statement of the limitation(s) needed.

12.

Is there

e
a
n
y
d
i
s
c
o
v
e
r
y
i
s
s
u
e
(
s
)
o
n
w
h
i
c
h
t
h
e
p
a
r
t
i
e
s
,
a
f
t
e
r
a
g
o
o

d
f
a
i
t
h
e
f
f
o
r
t
,
w
e
r
e
u
n
a
b
l
e
t
o
r
e
a
c
h
a
g
r
e
e
m
e
n
t
?
_
_
_
_
I
f
y

es, please provide a short statement of the issue(s).

Date:

Date:

_____

Signature of *Pro Se* Plaintiff or

Signatu

r
e
o
f
C
o
u
n
s
e
l
t
o
D
e
f
e
n
d
a
n
t
(
s
)

Counsel to Plaintiff(s)