UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAVEN DIAZ,

                          Plaintiff,          **ORDER**

     -against-                       **19-CV-03865 (AJN) (JW)**

MARRIOTT INTERNATIONAL, INC.,

                          Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On February 1, 2022, this case was reassigned to Judge Jennifer E. Willis for General Pretrial. The parties are directed to provide the Court with a status update in the form of a joint letter no longer than three pages, informing the Court of any deadlines, pending motions, or outstanding discovery disputes by **April 8, 2022**.

      SO ORDERED.

DATED:    New York, New York
              March 23, 2022

                                              _____
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge