UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAVEN DIAZ,

                       Plaintiff,                **ORDER**

      -against-                                **19-CV-03865 (AJN) (JW)**

MARRIOTT INTERNATIONAL, INC.,

                       Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On April 8, 2022, the Parties file a joint letter in which they requested an extension of the discovery deadline to May 20, 2022. Dkt. No. 94. The requested extension is GRANTED.

SO ORDERED.

DATED:    New York, New York
              April 8, 2022

                                                       *Jennifer E. Willis*
                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge